# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TITAN CRUSHING, LLC, a California limited liability company; LUBANKO BROTHERS, INC. a California corporation; LB CRUSHING, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  5:22-cv-01786-SSS-SPx<br><br>Assigned to Hon. Sunshine S. Sykes<br><br>**JUDGMENT** |

1    This action having been commenced on October 11, 2022, and the Court having
2    approved the stipulation for entry of judgment in favor of Plaintiff and against
3    Defendant, Titan Crushing, LLC, and for good cause shown,
4    Plaintiff, Trustees of the Operating Engineers Pension Trust, shall recover from
5    Defendant Titan Crushing LLC, a California limited liability company, the principal
6    amount of $155,422.66, plus pre-judgment and post-judgment interest thereon at the
7    rate of 8% per annum, accruing from April 15, 2023, until paid in full.

Dated: May 18, 2023

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT JUDGE