JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TITAN CRUSHING, LLC; LUBANKO BROTHERS, INC.; and LB CRUSHING, LLC,<br><br>　　　　　　　　Defendants. | Case No. 5:22-cv-01786-SSS-SPx<br><br>**FINAL JUDGMENT GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANTS LUBANKO BROTHERS, INC. and LB CRUSHING, LLC [Dkt. 40].** |

# JUDGMENT

Pursuant to the order granting Plaintiff's motion for default judgment [Dkt. 40], **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion is granted as to its claim for withdrawal liability against Defendants Lubanko Brothers, Inc. and LB Crushing, LLC;
2. Plaintiff is awarded $208,794.79 in unpaid withdrawal liability;
3. Plaintiff is awarded $24,156.43 in prejudgment interest;
4. Plaintiff is awarded $24,156.43 in liquidated damages;
5. Plaintiff is awarded $40,463.92 in reasonable attorney's fees;
6. Plaintiff is awarded $1,541.70 in litigation costs in addition to the fee award; *and*
7. Interest on this award shall accrue at a rate of 5.27%.

**IT IS SO ORDERED.**

Dated: November 28, 2023

SUNSHINE S. SYKES
United States District Judge